IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

NATALIE SILVERMAN,

    Plaintiff,

    v.

HILTON WORLDWIDE INT'L
P.R. LLC, ET AL.,

    Defendants.

CIV. NO.: 14-1885(SCC)

**FINAL JUDGMENT**

Pursuant ot the stipulation filed at Docket No. 47 and the settlement agreement filed at Docket No. 50, this case is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 3rd day of August, 2015.

    S/ SILVIA CARREÑO-COLL
    UNITED STATES MAGISTRATE JUDGE